## Commonwealth *v.* Mitchell, Appellant.

Argued December 9, 1970. *Joseph J. Lombardo*, with him *Lombardo & Hummer*,

for appellant; *James F. Heinly,* Assistant District Attorney, with him *George T. Brubaker,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.